# EXHIBIT "A"

Filing # 216485201 E-Filed 02/11/2025 09:54:23 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICICAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIVIL ACTION

KENNETH TIMMON,

    Plaintiff,

Vs.                                                CASE NO.: _____

PILOT TRAVEL CENTERS, LLC,

    Defendant.
_____/

## COMPLAINT

    Plaintiff, **KENNETH TIMMON**, sues Defendant, **PILOT TRAVEL CENTERS, LLC**, and alleges:

    1.    This is an action by Plaintiff for damages in excess of **FIFTY THOUSAND AND ONE DOLLARS** ($50,001.00), exclusive of costs, interest, and attorneys' fees. The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court. Accordingly, Plaintiff has entered $50,001 in the civil cover sheet for the "estimated amount of claim" as required in the civil cover sheet. The Florida Supreme Court has ordered that the estimated amount of claim be set forth in the civil cover sheet for data collection and clerical purposes only. The actual value of the Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

    2.    Plaintiff, **KENNETH TIMMON**, is a natural person residing in Nassau County, Florida.

    3.    At all times material hereto, Defendant, **PILOT TRAVEL CENTERS, LLC**, owned and maintained a gas station/convenient store located at 4075 Jones Branch Rd., Jacksonville, Duval County, FL 32219.

4. On December 2, 2023, the Defendant, **PILOT TRAVEL CENTERS, LLC,** was in material possession and control of the above-described premises and had the right and duty to possess, maintain, and/or control the premises.

5. At the time of the occurrence the Plaintiff, **KENNETH TIMMON,** was upon the subject premises as an invitee and/or guest.

6. At the time and place of the subject occurrence Defendant **PILOT TRAVEL CENTERS, LLC,** owed Plaintiff, **KENNETH TIMMON**, a nondelegable duty to exercise reasonable care for his safety.

7. At the time and place of the subject occurrence, Defendant **PILOT TRAVEL CENTERS, LLC,** owed Plaintiff, **KENNETH TIMMON,** duties to maintain the premises in reasonably safe condition, and to warn Plaintiff of dangerous conditions on their premises.

8. At the time and place of the subject occurrence, Defendant, **PILOT TRAVEL CENTERS, LLC** breached these duties to Plaintiff, **KENNETH TIMMON**, by committing one or more of the following omissions or commissions:

   a) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the damp floor, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

   b) Negligently failing to warn and/or adequately warn Plaintiff of the danger of the damp floor when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

   c) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the damp floor, since said condition occurred with regularity and was therefore foreseeable;

   d) Negligently failing to warn the Plaintiff of the danger of the damp floor, when said condition occurred with regularity and was therefore foreseeable.

9.	As a result, while Plaintiff, **KENNETH TIMMON**, was lawfully upon Defendant, **PILOT TRAVEL CENTERS, LLC**'s, premises, he slipped and fell inside of Defendant's facility due to damp flooring and/or not having a mat, sustaining significant personal injuries.

10.	Defendant, **PILOT TRAVEL CENTERS, LLC** knew or should have known of the dangerous and/or negligent conditions that caused the injuries.

11.	As a direct and proximate result of the subject incident, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition. These losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **KENNETH TIMMON**, demands judgment against the Defendant, **PILOT TRAVEL CENTERS, LLC** for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, if any, to the extent allowed by law, and demands a trial by jury.

DATED: February 11, 2025

                                                    **VILES & BECKMAN, L.L.C.**
6350 Presidential Court, Suite A
Fort Myers, Florida  33919
Telephone:  (239) 334-3933
Facsimile:   (239) 334-7105
Primary Email: melissa@vilesandbeckman.com
Secondary Email: Laci@vilesandbeckman.com
Pleadings@vilesandbeckman.com

*/s/ Melissa Villalta*
_____
**Melissa M. Villalta, Esquire**
**FBN: 1025184**

4